```
                              United States Bankruptcy Court
                              Southern District of Florida

In re:                                                            Case No. 20-10062-LMI
Lester Perez Perez                                                Chapter 7
Roxana Alvarez Balboa
        Debtors                     CERTIFICATE OF NOTICE
District/off: 113C-1          User: admin                 Page 1 of 2          Date Rcvd: Apr 03, 2020
                              Form ID: 318                Total Noticed: 54
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2020.
```
db/jdb         +Lester Perez Perez,   Roxana Alvarez Balboa,   13450 SW 29th Terrace,   Miami, FL 33175-7183
cr             +American Express National Bank,   Zwicker & Associates, P.C.,   80 Minuteman Road,
                 P.O. Box 9043,    Andover, MA 01810-0943
cr             +VT Inc.,   c/o Brittany Lee Hynes,   110 SE 6th St., 15th Flr.,   Ft. Lauderdale, FL 33301-5004
95505100       +Baptist Health Medical Group,   PO BOx 835277,   Miami, FL 33283-5277
95505099       +Baptist Health Medical Group,   PO Box 743144,   Atlanta, GA 30374-3144
95505101       +Baptist Hospital Inpatient Medicine,   Po Box 198116,   Atlanta, GA 30384-8116
95505102       +Best Buy/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
95505109       +COMPREHENSIVE PATHOLOGY ASSOC,   PO BOX 198227,   Atlanta, GA 30384-8227
95505104       +CareCentrix,   PO Box 277947,   Atlanta, GA 30384-7947
95505113       +First Federal Credit C,   24700 Chagrin Blvd,   Cleveland, OH 44122-5662
95505114      ++INTELLIRAD IMAGING LLC,   P O BOX 162301,   ALTAMONTE SPRINGS FL 32716-2301
               (address filed with court: Intellirad Imaging,   PO Box 162301,   Altamonte Springs, FL 32716)
95505116       +Kendal Credit and Business Service, Inc.,   Po Box 404665,   Atlanta, GA 30384-4665
95505117       +Kendall Anesthesia Assocs,   Po Box 744193,   Atlanta, GA 30374-4193
95505118        Lvnv Funding Llc,   C/o Resurgent Capital Services,   Greenville, SC 29602
95505120       +MFM Specialists of South Florida,   7300 SW 62 Place, Suite 5E,   Miami, FL 33143-4806
95505121       +Miami Cancer Institute,   PO Box 835277,   Miami, FL 33283-5277
95505122       +Midland Credit Managem,   320 East Big Beaver,   Troy, MI 48083-1271
95505125       +PPSF So Fl Pulmonary And Critical Care,   PO Box 348490,   Miami, FL 33234-8490
95505123       +Pathology Assoc of Miami,   PO BOX 198523,   Atlanta, GA 30384-8523
95505126       +Professional Recovery Consultants, Inc.,   PO Box 603586,   Charlotte, NC 28260-3586
95505128       +Radiology Associates of South Florida,   PO Box 919336,   Orlando, FL 32891-0001
95505129       +Rec Mgt Grp,   2901 University Av,   Columbus, GA 31907-7606
95505130       +Receivable Manangement Group, Inc,   2901 University Ave #29,   Columbus, GA 31907-7601
95505132       +SFL Infectious Disease and Tropical Medi,   8740 N Kendall Drive, Suite 208,
                 Miami, FL 33176-2221
95505133       +South Miami Criticare, Inc,   PO Box 47710,   Jacksonville, FL 32247-7710
95505134       +South Miami Hosp, Inc.,   Po Box 198116,   Atlanta, GA 30384-8116
95505135       +South Miami Inpat Phys,   3441 3rd Ave SW,   Naples, FL 34117-3019
95505142       +West Kendall Baptist Hospital,   PO Box 198116,   Atlanta, GA 30384-8116
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: FMMYIP Apr 04 2020 09:03:00      Maria Yip,   2 S. Biscayne Blvd #2690,
                 Miami, FL 33131-1815
smg             EDI: FLDEPREV.COM Apr 04 2020 09:03:00      Florida Department of Revenue,   POB 6668,
                 Tallahassee, FL  32314-6668
ust            +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Apr 04 2020 06:40:11      Office of the US Trustee,
                 51 S.W. 1st Ave.,   Suite 1204,   Miami, FL 33130-1614
cr             +EDI: RMSC.COM Apr 04 2020 09:03:00      Synchrony Bank,   PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
cr              EDI: WFFC.COM Apr 04 2020 09:08:00      Wells Fargo Bank, N.A.,   MAC #N9286-01Y,
                 1000 Blue Gentian Road,   Eagan, MN  55121-7700
95505097       +EDI: RMCB.COM Apr 04 2020 09:08:00      American Medical Collection Agency,
                 4 Westchester Place, Suite 110,   Elmsford, NY 10523-1615
95505098       +EDI: AMEREXPR.COM Apr 04 2020 09:08:00      Amex,   P.o. Box 981537,   El Paso, TX 79998-1537
95505106       +EDI: CCS.COM Apr 04 2020 09:08:00      CCS,   Payment Processing Center,   PO Box 55126,
                 Boston, MA 02205-5126
95505103        EDI: CAPONEAUTO.COM Apr 04 2020 09:08:00      Capital One Auto Finan,   Credit Bureau Dispute,
                 Plano, TX 75025
95505105       +E-mail/Text: bankruptcy@cavps.com Apr 04 2020 06:41:39      Cavalry Portfolio Serv,
                 500 Summit Lake Drive,   Valhalla, NY 10595-2322
95505107       +EDI: WFNNB.COM Apr 04 2020 09:08:00      Comenitybank/victoria,   Po Box 182789,
                 Columbus, OH 43218-2789
95505108       +EDI: WFNNB.COM Apr 04 2020 09:08:00      Comenitycap/eldorado,   Po Box 182120,
                 Columbus, OH 43218-2120
95505110       +EDI: CCS.COM Apr 04 2020 09:08:00      Credit Collection Services,   725 Canton Street,
                 Norwood, MA 02062-2679
95505111       +E-mail/Text: electronicbkydocs@nelnet.net Apr 04 2020 06:40:54      Dept Of Education/neln,
                 Po Box 82561,   Lincoln, NE 68501-2561
95505112       +EDI: DISCOVER.COM Apr 04 2020 09:08:00      Discover Fin Svcs Llc,   Pob 15316,
                 Wilmington, DE 19850-5316
95505115        EDI: JPMORGANCHASE Apr 04 2020 09:08:00      Jpmcb Card,   Po Box 15369,   Wilmington, DE 19850
95505119       +EDI: TSYS2.COM Apr 04 2020 09:03:00      Macys/dsnb,   Po Box 8218,   Mason, OH 45040-8218
95505124       +EDI: PRA.COM Apr 04 2020 09:08:00      Portfolio Recov Assoc,   120 Corporate Blvd Ste 100,
                 Norfolk, VA 23502-4952
95505127       +E-mail/Text: BankruptcyMail@questdiagnostics.com Apr 04 2020 06:42:57      Quest Diagnostics,
                 Po Box 740781,   Cincinnati, OH 45274-0781
95505131       +E-mail/Text: bankruptcy@wofco.com Apr 04 2020 06:38:30      Setoyota Fin Dba Of Wo,
                 P O Box 91614,   Mobile, AL 36691-1614
95505136       +EDI: RMSC.COM Apr 04 2020 09:03:00      Syncb/brandsmart,   C/o Po Box 965036,
                 Orlando, FL 32896-0001
```

```
District/off: 113C-1              User: admin                    Page 2 of 2                   Date Rcvd: Apr 03, 2020
                                  Form ID: 318                   Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
95505137      +EDI: RMSC.COM Apr 04 2020 09:03:00      Syncb/care Credit,   C/o Po Box 965036,
               Orlando, FL 32896-0001
95505138      +EDI: RMSC.COM Apr 04 2020 09:03:00      Syncb/jcp,   Po Box 965007,   Orlando, FL 32896-5007
95505139      +EDI: RMSC.COM Apr 04 2020 09:03:00      Syncb/rooms To Go,   C/o Po Box 965036,
               Orlando, FL 32896-0001
95505140       EDI: WFFC.COM Apr 04 2020 09:08:00      Wells Fargo,   Credit Bureau Dispute Resoluti,
               Des Moines, IA 50306
95505141      +EDI: WFFC.COM Apr 04 2020 09:08:00      Wells Fargo Hm Mortgag,   Po Box 10335,
               Des Moines, IA 50306-0335
                                                                                              TOTAL: 26

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2020 at the address(es) listed below:

```
              Brittany Lee Hynes    on behalf of Creditor   VT Inc. blh@trippscott.com,
               hbb@trippscott.com;bankruptcy@trippscott.com;eservice@trippscott.com
              Maria   Yip    trustee@yipcpa.com,  mmy@trustesolutions.net;cmmy11@trustesolutions.net
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Ricardo   Corona, Esq.   on behalf of Joint Debtor Roxana  Alvarez Balboa bk@coronapa.com,
               rcorona@coronapa.com
              Ricardo   Corona, Esq.   on behalf of Debtor Lester  Perez Perez bk@coronapa.com,
               rcorona@coronapa.com
                                                                                              TOTAL: 5
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Lester Perez Perez** | Social Security number or ITIN  xxx–xx–6183 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Roxana Alvarez Balboa** | Social Security number or ITIN  xxx–xx–6022 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Southern District of Florida** | | |
| Case number:  **20–10062–LMI** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Lester Perez Perez**
**aka Lester Perez**

**Roxana Alvarez Balboa**

April 3, 2020

**By the court:**

**Laurel M Isicoff**
Chief United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**